IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| RAIGAN KENDRICK<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) CAUSE NO. 3:22-CV-468-RGJ<br>)<br>) Removed from Bullitt Circuit Court |
| SAFEWAY LOGISTICS, INC., et al.<br>　　　　Defendants. | ) Civil Action No. 22-CI-00496<br>) |

## NOTICE OF REMOVAL

Please take notice that Defendant, Charles H. Harrison, Jr., by counsel, hereby files this Notice of Removal from the Bullitt Circuit Court, Bullitt County, Kentucky, to the United States District Court for the Western District of Kentucky at Louisville. The grounds for removal are as follows:

### THE REMOVED CASE

1.　　Mr. Harrison is a named Defendant in a personal injury lawsuit filed by Plaintiff, Raigan Kendrick, on July 31, 2022 in the Bullitt Circuit Court, Bullitt County, Kentucky designated as case number 22-CI-00496. Mr. Harrison was served with Plaintiff's Complaint on August 6, 2022. *See* Plaintiff's Complaint included as part of the state court records attached hereto as Exhibit 1. Plaintiff's Complaint is the only pleading filed in the action to date.

2.　　Defendant, RTW Trucking, LLC, was purportedly served with Plaintiff's Complaint on August 4, 2022. *See* Exhibit 1. However, it is unknown whether that service was properly effectuated at this time as RTW Trucking has not appeared in this case to date. Moreover, RTW Trucking has not responded to communications from this Defendant's counsel, described further herein, to date.

3. According to Kentucky's CourtNet, Defendant, Myron Blissett, has not been served with Plaintiff's Complaint. *See* Exhibit 2.

4. According to Kentucky's CourtNet, Defendant, Safeway Logistics, Inc., has not been served with Plaintiff's Complaint. *See* Exhibit 2.

## PAPERS FROM REMOVED ACTION

5. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers or exhibits filed in the state court action are attached hereto as Exhibit 1.

## REMOVAL IS TIMELY

6. Plaintiff has asserted claims for negligence, declaratory relief, and alleged violations of Kentucky's Motor Vehicle Reparations Act in connection with a motor vehicle accident which occurred on or about November 12, 2020. Plaintiff alleges that she is entitled to damages for temporary and permanent personal injuries, physical, mental, and emotional pain and suffering, loss of enjoyment of life, lost wages, impairment of ability to earn future income, and medical expenses. *See* Plaintiff's Complaint, Paragraph 23, included as part of the state court records attached hereto as Exhibit 1. In Paragraph 12 of her Complaint, Plaintiff asserts that her damages arising from the subject accident exceed $75,000.00. *See id*.

7. Given Plaintiff's claimed damages amount, the amount-in-controversy obviously exceeds $75,000, exclusive of interests and costs.

8. Mr. Harrison was served with Plaintiff's Complaint, and the 30-day removal clock began to run his ability to remove on August 6, 2022.

9. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1), and has been filed within one (1) year of the commencement of the action under 28 U.S.C. § 1446(c)(1).

## THE VENUE REQUIREMENT IS MET

10. Venue of this removal is proper under 28 U.S.C. 1441(a) in the United States District Court for the Western District of Kentucky, Louisville Division, because Bullitt Circuit Court, Bullitt County, Kentucky is within the Western District of Kentucky, Louisville Division.

## DIVERSITY OF CITIZENSHIP EXISTS BETWEEN THE PARTIES

11. This civil action is within this Court's original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court based on diversity of citizenship under 28 U.S.C. § 1441 and 1446.

12. In her Complaint, Plaintiff's identifies her residential address as being located in Franklinton, Louisiana. Consequently, Plaintiff was a citizen of Louisiana at the time she initiated the instant action.

13. Charles H. Harrison, Jr. resides in North Carolina. His address is 3941 N. N.C. Hwy 58, Nashville, NC 27856. Mr. Harrison was a citizen of North Carolina at the time Plaintiff initiated the instant action.

14. Upon current information and belief, Safeway Logistics, Inc. is a North Carolina corporation with its principal place of business located at 4709 Old Plank Road, Apt. 223, Raleigh, NC 27604. Consequently, Safeway Logistics is believed to have been a citizen of North Carolina at the time Plaintiff initiated the instant action.

15. Upon current information and belief, RTW Trucking is a Texas limited liability company located at 7019 Glacier Drive, Dallas, TX 75227. Its citizenship at the time Plaintiff initiated the instant action is not known to this Defendant at this time as this Defendant has no knowledge of the citizenship of RTW Trucking's member or members. This Defendant further

has no way to determine whether service of Plaintiff's Complaint and Summons upon RTW Trucking was even effectuated properly by Plaintiff at this time.

16. Upon current information and belief, Defendant, Myron Blissett, resides at 17878 Preston Road #126, Dallas, TX 75252. Consequently, Mr. Blissett is believed to have been a citizen of Texas at the time Plaintiff initiated the instant action.

17. Because Plaintiff and this Defendant are citizens of different states, complete diversity of citizenship exists under 28 U.S.C. § 1332.

18. Because Mr. Harrison is not a citizen of the state in which he is seeking removal, removal is proper under 28 U.S.C. § 1441(b).

## THE AMOUNT-IN-CONTROVERSY REQUIREMENT IS SATISFIED

19. As detailed above, this is a personal injury case in which Plaintiff's claimed damages exceed $75,000.00, exclusive of interests and costs.

20. In the Sixth Circuit, a defendant need only show, for purposes of diversity jurisdiction, that a plaintiff's claimed damages "more likely than not" exceed $75,000, exclusive of interests and costs. *See Rogers v. Wal-Mart Stores, Inc.*, 230 F.3d 868, 871 (6th Cir. 2000).

21. Further, in an action removed on the basis of diversity jurisdiction, "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy[.]" 28 U.S.C. § 1446(c)(2).

22. Given that Plaintiff has claimed damages exceeding $75,000.00 in her Complaint, the amount-in-controversy necessary to invoke this Court's jurisdiction has been met by a preponderance of the evidence.

## **FILING OF REMOVAL PAPERS**

23. Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action will be promptly served to Plaintiff's counsel, and Notice of this removal is simultaneously being filed with the Clerk of the Circuit Court in and for Bullitt County, Kentucky.

24. Pursuant to 28 U.S.C. § 1446(b)(2)(B), this Defendant sought RTW Trucking's consent to removal by sending a certified letter to its office located at 7019 Glacier Drive, Dallas TX 75227, and calling several phones numbers listed for its office on the internet. *See* correspondence attached hereto as Exhibit 3. To date, this Defendant has not received any response from RTW Trucking. Moreover, counsel for RTW Trucking has not entered an appearance and is, therefore, unknown to this Defendant.

25. Thus, this state-court action may be removed to this Court by this Defendant in accordance with the provisions of 28 U.S.C. § 1441(a) because: (1) this action is a civil action pending within the jurisdiction of the United States District Court for the Western District of Kentucky, Louisville Division; (2) this action is between citizens of different states; and (3) the amount-in-controversy exceeds $75,000.00, exclusive of interests and costs.

WHEREFORE, Defendant, Charles H. Harrison, Jr., by counsel, hereby removes the above-captioned action from the Bullitt Circuit Court, Bullitt County, Kentucky, and requests that further proceedings be conducted in this Court as provided by law.

Respectfully submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Justin M. Schaefer*

_____
Justin M. Schaefer, Esq.
Patrick A. Muldoon, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1702
FAX: (502) 779-3566
jschaefer@sbmkylaw.com
pmuldoon@sbmkylaw.com
*Counsel for Defendant,*
*Charles H. Harrison, Jr.*